UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH BAILEY,

    Plaintiff,

vs.                    Case No.: 3:15-cv-00390-MCR/CJK

SHAWN T. SWINDELL;
MICHAEL RAMIREZ; and
WENDELL HALL,

    Defendants.
_____/

## PLAINTIFF'S TIME SUMMARY

PLAINTIFF, pursuant to the Court's Initial Scheduling Order, hereby files his summary of time expended in this action through September 15, 2015:

**TOTAL ATTORNEY HOURS:**    **33.6**

**TOTAL NON-ATTORNEY HOURS**    **5.6**

Counsel for Plaintiff has sealed with the Court a complete and accurate record of the above referenced time to the nearest one-tenth of an hour.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document has been filed and copy is to be furnished electronically by the Clerk of Court on the 15th day of September, 2015 to:

Jeannette M. Andrews
Andrews, Crabtree, Knox & Andrews, LLP
1558 Village Square Boulevard, Suite 1
Tallahassee, Florida 32317
Attorneys for Shawn T. Swindell

Timothy M. Warner
Warner Law Firm
519 Grace Ave
Panama City, FL 32401
Attorneys for Michael Ramirez

Lisa M. Truckenbrod
Jolly, Peterson & Truckenbrod, P.A.
2145 Delta Blvd., Suite 200
Tallahassee, FL 32303
Attorneys for Wendall Hall

*s/ C. Phil Hall*
C. Phil Hall
Florida Bar No. 0621145
Taylor, Warren & Weidner, P.A.
1823 N. 9th Ave
Pensacola, FL 32503
Tel: 850-438-4899
Fax: 850-438-4044
Attorneys for Plaintiff