# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | | |
|---|---|---|
| Kenneth Bailey | ) | |
| | ) | |
| v. | ) | Case No.: 3:15-cv-00390-MCR/CJK |
| Shawn Swindell, in his individual capacity, | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on    __07/26/2018__    against    __Kenneth Bailey__ ,
<em>Date</em>

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk ............................................................... | $ | 400.00 |
| Fees for service of summons and subpoena ............................................ | | 190.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | | 11,353.20 |
| Fees and disbursements for printing ................................................. | | |
| Fees for witnesses *(itemize on page two)* ............................................. | | 223.50 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................................. | | 5.00 |
| Docket fees under 28 U.S.C. 1923 ................................................. | | |
| Costs as shown on Mandate of Court of Appeals ....................................... | | |
| Compensation of court-appointed experts ............................................ | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | |
| Other costs *(please itemize)* ...................................................... | | 14,400.00 |
| | TOTAL    $ | 26,571.70 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

---

### Declaration

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: *Joe Longfellow* ⟋

Name of Attorney:    Joe Longfellow ,II

For:    Defendant, Shawn T. Swindell      Date: 8/10/18
<em>Name of Claiming Party</em>

---

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| | | |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Evelyn Bailey | | 40.00 | | | 60 | 34.50 | $74.50 |
| Frank Bailey | | 40.00 | | | 60 | 34.50 | $74.50 |
| Jeremy Bailey | | 40.00 | | | 60 | 34.50 | $74.50 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $223.50 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## BAILEY V. SWINDELL
### 3:15-CV-00390-MCR/CJK
### ITEMIZED LIST OF COSTS

**FEES TO CLERK**

| | | |
|---|---|---|
| Filing Fee for Removal to District Court | $400 | |
| **SUBTOTAL** | | **$400.00** |

**SERVICE OF TRIAL SUBPOENAS**

| | |
|---|---|
| Gulf Coast Attorney Services | $105.00 |
| *(Trial Subpoenas)* | |
| Jim Ingler, Jr. | $40.00 |
| *(Service of Deposition Notice – Evelyn Bailey)* | |
| Legal Process Service | $45.00 |
| *(Service of Deposition Notice – Evelyn Bailey)* | |
| **SUBTOTAL** | **$190.00** |

**FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS**

| | |
|---|---|
| Accurate Stenotype Reporters | $1,025.00 |
| *(Dr. Christopher Rumana's Videotaped Depo. – edits for trial)* | |
| Taylor Reporting Serivces, Inc. | $195.00 |
| *(Dr. Jacques S. Cousineau's Depo. Transcript)* | |
| Steve Ford, Deposition Videographer | $70.00 |
| *(Dr. Jacques S. Cousineau's Videotaped Depo.)* | |
| Cecille A. Flores | $285.60 |
| *(Dr. Neil Powell's Depo. Transcript)* | |
| Accurate Stenotype Reporters, Inc. | $345.00 |
| *(Dr. Christopher Rumana's Depo. - Videographer)* | |
| Accurate Stenotype Reporters, Inc. | $929.50 |
| *(Dr. Christopher Rumana's Depo. Transcript)* | |
| Associated Court Reporters | $176.00 |
| *(Steve Seagraves and Shane Busby's Depo. Transcripts)* | |
| Wierzbicki Court Reporting | $958.00 |
| *(Kenneth Bailey's Depo. Transcript)* | |
| Associated Court Reporters | $609.75 |
| *(Peter Stehlin, Master Rojas & Lt. Ayers Depo. Transcripts)* | |
| Associated Court Reporters | $105.75 |
| *(Sandra Subido Depo. Transcript)* | |
| Associated Court Reporters | $133.25 |
| *(Lt. Ayers Depo. Transcript)* | |
| Associated Court Reporters | $371.25 |
| *(Zawawi, Magdaleny, Rickon and Schultz's Depo. Transcripts)* | |
| Associated Court Reporters | $649.75 |
| *(Evelyn Bailey's Depo. Transcript)* | |
| Associated Court Reporters | $1,145.25 |
| *(Jeremy Bailey and Frank Bailey Depo. Transcripts)* | |

| | |
|---|---|
| Accurate Stenotype Reporters | $270.60 |
| *(Dr. Christopher Rumana's Depo. Transcript)* | |
| Associated Court Reporters | $553.75 |
| *(Shawn Swindell and Michael Ramirez's Depo. Transcripts)* | |
| Associated Court Reporters | $2,572.25 |
| *(Kenneth Bailey, Wendall Hall, Sherri Rolinger Depo. Transcripts)* | |
| Steve Ford, Deposition Videographer | $957.50 |
| *(Kenneth Bailey's Videotaped Depo.)* | |
| **SUBTOTAL** | **$11,353.20** |

**FEES AND DISBURSEMENT FOR PRINTING**

Swindell Ex. 1 (9 pages + copy for jury)
Swindell Ex. 3 (4 pages + copy for jury)
Swindell Ex. 4 (12 pages + copy for jury)

**SUBTOTAL (50 pages x $0.10 per page)**      **$5.00**

**FEES FOR WITNESSES**

| | |
|---|---|
| Evelyn Bailey | $74.50 |
| Frank Bailey | $74.50 |
| Jeremy Bailey | $74.50 |
| **SUBTOTAL** | **$223.50** |

**COMPENSATION FOR EXPERTS**

| | |
|---|---|
| Dr. Christopher Rumana Deposition Fee | $14,400.00 |

| | |
|---|---|
| **TOTAL** | **$26,571.70** |

**BAILEY V. SWINDELL**
3:15-CV-00390-MCR/CJK
**ITEMIZED LIST OF COSTS**

**FEES TO CLERK**

Filing Fee for Removal to District Court      $400

**SUBTOTAL**      **$400.00**

**ANDREWS, CRABTREE, KNOX & ANDREWS LLP**

| VENDOR: | U00901 | US District Court - Northern District | | CHECK NO: | 111969 | |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| | JMA/ BaileyvSwindell | 09/01/2015 | 400.00 | 400.00 | 0.00 | |

Ref: US District Court - Northern District/ Bailey v. Swindell/ Filing Fee for Removal/ kn

Check Total $400.00

---

111969

**ANDREWS, CRABTREE, KNOX & ANDREWS LLP**

OPERATING ACCOUNT
1558 VILLAGE SQUARE BLVD.
TALLAHASSEE, FL 32309-2748

CAPITAL CITY BANK
MAIN OFFICE
TALLAHASSEE, FL

63-68-631

EZShield™ Check Fraud
Protection for Business

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 111969 | 09/01/2015 | U00901 |

PAY

CHECK AMOUNT

Four hundred and NO/100******************************************** $400.00

2 SIGNATURES REQUIRED OVER $1000.00

TO THE ORDER OF

US District Court - Northern District

AUTHORIZED SIGNATURE

Security features. Details on back.

⑂"111969"⑂ ⑂063100688⑂: 023379050⑂"

---

**ANDREWS, CRABTREE, KNOX & ANDREWS LLP**

111969

| VENDOR: | U00901 | US District Court - Northern District | | CHECK NO: | 111969 | |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| | JMA/ BaileyvSwindell | 09/01/2015 | 400.00 | 400.00 | 0.00 | |

Ref: US District Court - Northern District/ Bailey v. Swindell/ Filing Fee for Removal/ kn

Check Total $400.00

PRODUCT DLM228    USE WITH 91500 ENVELOPE                      PRINTED IN U.S.A.                    A

**BAILEY V. SWINDELL**
3:15-CV-00390-MCR/CJK
**ITEMIZED LIST OF COSTS**

**SERVICE OF TRIAL SUBPOENAS**

| | |
|---|---|
| Gulf Coast Attorney Services | $105.00 |
| (*Trial Subpoenas*) | |
| Jim Ingler, Jr. | $40.00 |
| (*Service of Deposition Notice* – Evelyn Bailey) | |
| Legal Process Service | $45.00 |
| (*Service of Deposition Notice* – Evelyn Bailey) | |
| **SUBTOTAL** | **$190.00** |



# Invoice #332

BILL TO

**Jesse Hunter**
jhunter@andrewscrabtree.com

FROM

**Gulf Coast Attorney Services**
226 South Palafox Street, Suite 105A
Pensacola, FL - 32502
gulfcoastattorneyservices@gmail.com | +1 8504503702

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bailey v Swindell | $0.00 |
| Service of Process Sherri Rollinger (East Milton) | $55.00 |
| Service of Process Evelyn Bailey (Milton) | $50.00 |
| Service of Process Frank Bailey (Milton) Same Address | $0.00 |
| Service of Process Jeremy Bailey (Milton) Same Address | $0.00 |

# $105.00

PAYMENT DUE **AUG 20, 2018**

MESSAGE
Thanks for your business.

# INVOICE

JIM INGLE, JR.
619 E NELSON AVENUE
SUITE A
DEFUNIAK SPRINGS, FLORIDA 32433

PHONE: (850) 585-5340
FAX: (850) 520-4637

BILL TO:

Jeanette M. Andrews, Esq
1558 Village Square Blvd.
Suite 1
Tallahassee, Fl. 32309

DATE:
11-6-15

| DATE | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|
| 11-6-15 | Service of Process Evelyn Bailey | $ 40.00 |

COMMENTS/NOTES:

THANKS

**ANDREWS, CRABTREE, KNOX & ANDREWS LLP**

112423

| VENDOR: | J01106 | Jim Ingle, Jr. | | | CHECK NO: | 112423 |
|---|---|---|---|---|---|---|

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | JMA/ BaileyvSwindell | 11/29/2015 | 40.00 | 40.00 | 0.00 |

Ref:  Jim Ingle, Jr./ Bailey v. Swindell/ re: Evelyn Bailey/ ee

Check Total          $40.00

PRODUCT DLI.:228     USE WITH 91500 ENVELOPE                    PRINTED IN U.S.A.                    A

LEGAL PROCESS SERVICE
201 E. Government St.
Pensacola, FL 32502
Phone: (850) 232-7337
Fax: (850) 912-8180

# INVOICE

Invoice #COL-2015001811
10/16/2015



And
ANDREWS CRABTREE KNOX & ANDREWS
P.O. Box 12800
Tallahassee, FL 32317-2800

Reference Number: BAILEY VS. SWINDELL
Your Contact: J M Andrews
**Case Number: NORTHERN 3:15CV00390-MCR-CJK**

Plaintiff:
**KENNETH BAILEY**

Defendant:
**SHAWN T SWINDELL, ET AL.**

Received: 10/7/2015   Served: 10/8/2015 11:30 am  INDIVIDUAL
To be served on: EVELYN BAILEY

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

| BALANCE DUE: | | | $45.00 |
|---|---|---|---|

Please put above invoice number on check!
EIN 26-2053523

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r          Page 1 / 1

| VENDOR: | 247327 | Legal Process Service | | | CHECK NO: | 112302 |
|---|---|---|---|---|---|---|

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | JMA/ BaileyvSwindell | 11/05/2015 | 135.00 | 135.00 | 0.00 |

Rei.   Legal Process Service/ Bailey v. Swindell/ Invoice Nos.: COL-2015001811, COL-2015001812 & COL-2015001853/ jh

Check Total          $135.00

PRODUCT DLM228      USE WITH 91500 ENVELOPE                        PRINTED IN U.S.A.                    A

A

# BAILEY V. SWINDELL
## 3:15-CV-00390-MCR/CJK
### ITEMIZED LIST OF COSTS

## FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS

Accurate Stenotype Reporters     $1,025.00
*(Dr. Christopher Rumana's Videotaped Depo. – edits for trial)*

Taylor Reporting Serivces, Inc.     $195.00
*(Dr. Jacques S. Cousineau's Depo. Transcript)*

Steve Ford, Deposition Videographer     $70.00
*(Dr. Jacques S. Cousineau's Videotaped Depo.)*

Cecille A. Flores     $285.60
*(Dr. Neil Powell's Depo. Transcript)*

Accurate Stenotype Reporters, Inc.     $345.00
*(Dr. Christopher Rumana's Depo. - Videographer)*

Accurate Stenotype Reporters, Inc.     $929.50
*(Dr. Christopher Rumana's Depo. Transcript)*

Associated Court Reporters     $176.00
*(Steve Seagraves and Shane Busby's Depo. Transcripts)*

Wierzbicki Court Reporting     $958.00
*(Kenneth Bailey's Depo. Transcript)*

Associated Court Reporters     $609.75
*(Peter Stehlin, Master Rojas & Lt. Ayers Depo. Transcripts)*

Associated Court Reporters     $105.75
*(Sandra Subido Depo. Transcript)*

Associated Court Reporters     $133.25
*(Lt. Ayers Depo. Transcript)*

Associated Court Reporters     $371.25
*(Zawawi, Magdaleny, Rickon and Schultz's Depo. Transcripts)*

Associated Court Reporters     $649.75
*(Evelyn Bailey's Depo. Transcript)*

Associated Court Reporters     $1,145.25
*(Jeremy Bailey and Frank Bailey Depo. Transcripts)*

Accurate Stenotype Reporters     $270.60
*(Dr. Christopher Rumana's Depo. Transcript)*

Associated Court Reporters     $553.75
*(Shawn Swindell and Michael Ramirez's Depo. Transcripts)*

Associated Court Reporters     $2,572.25
*(Kenneth Bailey, Wendall Hall, Sherri Rolinger Depo. Transcripts)*

Steve Ford, Deposition Videographer     $957.50
*(Kenneth Bailey's Videotaped Depo.)*

**SUBTOTAL**     **$11,353.20**

# ACCURATE STENOTYPE REPORTERS, INC.

*2894 REMINGTON GREEN LANE*
*TALLAHASSEE, FL   32308*
*TELEPHONE:  850/878-2221*
*FAX:  850/878-2254*
*FEDERAL I.D. NO.  59-2708168*

JOE LONGFELLOW
ANDREWS CRABTREE KNOX & LONGFELLOW
1558 VILLAGE SQUARE BLVD., SUITE 1
TALLAHASSEE, FL  32317-2800

August  8, 2018

**Invoice#** 8L06288A

**Balance:**  $1,025.00

**Re:** BAILEY V SWINDELL
1HR TNC
*on 06/28/18*

## Invoicing Information

| Charge Description | Amount |
|---|---|
| VIDEO DEPO OF C. RUMANA MD 4:30-7:11 | |
| VIDEO SERVICES: VIDEOGRAPHER EDITS: 10 CLIPS | 100.00 |
| ADDITIONAL CLIPS: 80 @ $10 PER CLIP | 800.00 |
| MPEG---DVDS PRODUCED--- 2 | 70.00 |
| UPLOAD FEE----- | 55.00 |

SHIPPING & DELIVERY:

**P l e a s e    R e m i t    - - - >    Total Due:  $1,025.00**

*INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.*
*PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.*

# TAYLOR REPORTING SERVICES, INC.

21 East Garden Street, Suite 210
Pensacola, Florida 32501
reporters@taylorreportingservices.com

(850)434-5954        1-800-321-5954        FAX(850)434-0053        FEDERAL ID# 59-3310211

JOSEPH LONGFELLOW, ESQUIRE
ANDREWS, CRABTREE, KNOX & ANDREWS, LLP
1558 VILLAGE SQUARE BOULEVARD
TALLAHASSEE, FL 32317-2800

| Invoice Date | |
|---|---|
| **7/19/2018** | 7/19/2018 |
| Invoice Number | Page |
| **13942** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: BAILEY V SWINDELL, ET AL.,  JT071918DC / JT / 10650 | |
| 7/19/2018 | 1CC OF: DR. COUSINEAU, 78 @ 2.50 | $195.00 |

| | |
|---|---|
| **Total Balance Due** | **$195.00** |

# ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

<span style="float:right">116995</span>

VENDOR: 399329    Taylor Reporting Services, Inc.    CHECK NO: 116995

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 13942 | 08/07/2018 | 195.00 | 195.00 | 0.00 |

Bailey v Swindell/ Deposition Transcript of Jacques Cousineau, MD/ ab

ℓe

Check Total    $195.00

**Steve Ford, Deposition Videographer**
4812 Shell Rd
Milton, FL 32583-1732
850-384-0585
sford11@me.com

BILL TO

Joe Longfellow
Andrews, Crabrtree Knox &
Longfellow
1558 Village Square Boulevard
Suite 1
Tallahassee, Florida 32317

INVOICE # 180652
DATE 07/19/2018

TERMS Net 30

| | | | | | |
|---|---|---|---|---|---|
| 07/19/2018 | Transferring Video Files to DVD Rush | 1 | 70.00 | | 70.00 |

Case: Kenneth Bailey
VS
Shawn T. Swindell, et al

BALANCE DUE

**$70.00**

Case No: 3:15-cv-00390-MCR/CJK

Date: 7/19/2018

Deponent: Jacques S. Cousineau, M.D.

# CECILLE A. FLORES

I N V O ICE CAF063-18

Certified Shorthand Reporter _ 618 W Route 8, Suite 105, Barrigada, Guam 96913
Telephone Number: (671) 734.1041 _ Fax Number: (671) 734.1045

Date: July 17, 2018

**Bill to:**
Mr. Joe Longfellow, Esq.
ANDREWS, CRABTREE, KNOX & ANDREWS, LLP
1558 Village Square Boulevard, Suite 1
Tallahassee, FL 32317

| In Re: Kenneth Bailey vs. Shawn T. Swindell; Case No.: 3:15-cv-00390-MCR/CJK | | |
|---|---|---|
| **Date:** | **Proceedings:** | **Total Pages:** |
| 07/19/2018 | Deposition of Dr. Neil Powell | 51 |

| C H A R G E S: Daily and Medical Rate | |
|---|---|
| 1 Original ($7.60 pp)(+$3.30 pp Daily; +$1.00 Medical) | ---- |
| 1 Copy ($5.60 pp) (+2.30 pp Daily; +$1.00 Medical) | $285.60 |
| Affidavit of Nonappearance | ---- |
| Exhibits | |
|    0 pgs. B/W 8.5x11 x $0.10 pp | ---- |
|    0 8.5x14 ($0.50 pp) | ---- |
| Word Index (8 pages) | ---- |
| Index Tabs ($0.20 each x 0) | ---- |
| Writing Fee ($80 per hour) | ---- |
| Binders ($15 each x 0) | ---- |
| Cancellation | ---- |
| Reporter's Fee ($70 x 2 hrs. minimum) | ---- |
| **TOTAL AMOUNT DUE:** | $285.60 |

BALANCE DUE UPON RECEIPT

**0.5% INTEREST PER MONTH ON UNPAID BALANCE AFTER 30 DAYS**

Certified True & Correct:

_____

CECILLE A. FLORES, CSR

# ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

117000

| VENDOR: | CFLORE | Cecille A Flores | | | CHECK NO: 117000 |
|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| | CAF063-18 | 08/07/2018 | 285.60 | 285.60 | 0.00 |

Bailey v Swindell/ Deposition Transcript of Dr Neil Powell/ ab

₹e

Check Total          $285.60

# ACCURATE STENOTYPE REPORTERS, INC.

*2894 REMINGTON GREEN LANE*
*TALLAHASSEE, FL  32308*
*TELEPHONE: 850/878-2221*
*FAX: 850/878-2254*
*FEDERAL I.D. NO.  59-2708168*

JOE LONGFELLOW
ANDREWS CRABTREE KNOX & LONGFELLOW
1558 VILLAGE SQUARE BLVD., SUITE 1
TALLAHASSEE, FL  32317-2800

July  3, 2018

**Invoice#** 8L06288

**Balance:**    $345.00

**Re**: BAILEY V SWINDELL
     1HR TNC
     *on* 06/28/18

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| JOB # | |
| VIDEO DEPO OF C. RUMANA MD (4:30-7:11) | 150.00 |
| VIDEO SERVICES: VIDEOGRAPHER, | 150.00 |
|          DVD PRODUCTION: | 35.00 |

SHIPPING & DELIVERY: UPS                                        10.00

P l e a s e   R e m i t   - - - >  Total Due:    $345.00

*INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.*
*PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.*

# ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

# 116959

| DOR: | 088838 | Accurate Stenotype Reporters, Inc. | | | CHECK NO: 116959 | |
|------|--------|-----------------------------------|--------------|---------------|-------------|----------------|
| REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| | 8L06288 | 07/31/2018 | 345.00 | 345.00 | | 0.00 |

Bailey v Swindell/ Videographer services of Dr Rumana deposition and DVD
production/ ab

Check Total     $345.00

# ACCURATE STENOTYPE REPORTERS, INC.

*2894 REMINGTON GREEN LANE*
*TALLAHASSEE, FL 32308*
*TELEPHONE: 850/878-2221*
*FAX: 850/878-2254*
*FEDERAL I.D. NO. 59-2708168*

JOE LONGFELLOW
ANDREWS CRABTREE KNOX & LONGFELLOW
1558 VILLAGE SQUARE BLVD., SUITE 1
TALLAHASSEE, FL 32317-2800

July 2, 2018

**Invoice#** 0A06288

**Balance:** $929.50

**Re:** BAILEY V SWINDELL
1HR TNC
*on 06/28/18*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| VIDEOTAPED DEPOSITION OF DR. RUMANA | |
| APPEARANCE: 4:30-7 PM @ 75/60 | 165.00 |
| TRANSCRIPT: 95 PGS @ $8 PP   2-DAY DELIVER | 760.00 |
| EXHIBIT:  9 PGS SCANNED @ .50 | 4.50 |

P l e a s e   R e m i t   - - - >   Total Due:   $929.50

*INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.*
*PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.*

**ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP**

# 116958

| VENDOR: | 088838 | Accurate Stenotype Reporters, Inc. | | | CHECK NO: 116958 |
|---|---|---|---|---|---|

| UR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 0A06288 | 07/31/2018 | 929.50 | 929.50 | 0.00 |

Bailey v Swindell/ Videotaped Deposition & Transcript of Dr Rumana/ ab

le

Check Total     $929.50



# ASSOCIATED COURT REPORTERS
of the First Judicial Circuit, Inc.
5216 Willing Street
Milton, Florida 32570

# Invoice

| Date | Invoice # |
|---|---|
| 11/3/2017 | 3961703 |

Bill To

Andrews, Crabtree, Knox and Andrews
Joe Longfellow, III, Esq.
1558 Village Square-Boulevard Suite 1
Tallahassee, Florida 32317-2800

MO

| Description | Amount |
|---|---|
| Kenneth Bailey vs. Shawn T. Swindell, Michael Ramirez, and Wendell Hall<br>Case No: 3:15-cv-00390-MCF/CJK<br><br>October 12, 2017    9:00 a.m.<br>Deposition of:<br><br>Steve Seagraves  9:12 - 9:50 - 40 pages<br>Shane Busby     9:54 - 10:27 - 36 pages<br><br>Copy of Transcripts with .pdf<br>Postage/Delivery | <br><br><br><br><br><br><br>171.00<br>5.00 |

| | |
|---|---|
| **Total** | $176.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $176.00 |

Thank you!

Melissa A. Odom, RDR, FPR

850 626-0043    associatedcourt@peoplepc.com    www.MiltonReporters.com

**ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP**       115992

VENDOR: ACR001     Associated Court Reporters       CHECK NO: 115992

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 3961703 | 11/16/2017 | 176.00 | 176.00 | 0.00 |

Bailey v Swindell/ Transcripts: Shand Busby & Steve Seagraves/ kb

te

Check Total      $176.00

THIS CHECK IS PROTECTED BY A VOID PANTOGRAPH, A MICROPRINT SIGNATURE LINE AND A HEAT SENSITIVE PADLOCK ICON. ADDITIONAL SECURITY FEATURES ARE LISTED ON BACK

**ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP**
OPERATING ACCOUNT
1558 VILLAGE SQUARE BLVD.
TALLAHASSEE, FL 32309-2748

CAPITAL CITY BANK
MAIN OFFICE
TALLAHASSEE, FL

63-68-631

115992

| | CHECK NO: | CHECK DATE | VENDOR NO. |
|---|---|---|---|
| | 115992 | 11/16/2017 | ACR001 |

PAY

CHECK AMOUNT

One hundred seventy-six and NO/100*******************************      $176.00

2 SIGNATURES REQUIRED OVER $1000.00

TO THE
ORDER
OF

Associated Court Reporters
of the First Judicial Circuit, Inc
Milton Historic District
5216 Willing Street
Milton, FL 32570

AUTHORIZED SIGNATURE

⑈115992⑈ ⑆063100688⑆ 023379050⑈

**ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP**       115992

VENDOR: ACR001     Associated Court Reporters       CHECK NO: 115992

| YR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 3961703 | 11/16/2017 | 176.00 | 176.00 | 0.00 |

Bailey v Swindell/ Transcripts: Shand Busby & Steve Seagraves/ kb

e

Check Total      $176.00

# WIERZBICKI COURT REPORTING

Registered Professional Reporters

# Invoice

220 West Garden Street
Suite 801
Pensacola, FL 32502
(850) 438-0503 • Fax (850) 433-2430 • scheduling@pensacolacourtreporting.com
www.pensacolacourtreporting.com

**BILL TO:**

Joe Longfellow, III, Esquire
Andrews, Crabtree, Knowx & Andrews LLP
1558 Village Square Blvd, Ste 1
Tallahassee, FL 32309-2748

**INVOICE #**

90219

**DATE:** 8/24/2017                                             CL/as

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Appearance of reporter for the deposition of Kenneth Bailey taken on 08/07/2017, 10:30-2:45 | 168.75 | 168.75 |
| O&1cc of 173 pages @ $4.50 PP for the deposition transcript of same | 4.50 | 778.50 |
| 3 pages of Exhibits | 0.25 | 0.75 |
| Microcopy complimentary | 0.00 | 0.00 |
| Priority Mail Postage & Handling | 10.00 | 10.00 |

Read & sign by witness to be handled by Mr. Weidner

Reporter: Cindy Layer

Bailey v. Swindell, 75814, 08/07/2017

Thank you for your business, Wierzbicki Court Reporting.

Have a Wonderful Day!

**Total** $958.00

**Please remit Yellow with Payment**
Federal Tax ID#: 27-0918395

**ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP**

**115644**

| VENDOR: | 066632 | Michael J Wierzbicki | | | CHECK NO: | 115644 |
|---|---|---|---|---|---|---|
| YOUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| | 90219 | 09/06/2017 | 958.00 | 958.00 | | 0.00 |

Bailey v Swindell/ Kenneth Bailey Deposition and Transcript/ kb

Re

Check Total $958.00

# ASSOCIATED COURT REPORTERS
of the First Judicial Circuit, Inc.
Milton Historic District
5216 Willing Street
Milton, Florida 32570

# Invoice

| Date | Invoice # |
|---|---|
| 7/20/2017 | 2061611 |

Bill To

Andrews, Crabtree, Knox and Andrews
Jeanette M. Andrews, Esq.
1558 Village Square-Boulevard Suite 1
Tallahassee, Florida 32317-2800

MO

| Description | Amount |
|---|---|
| Kenneth Bailey v. Shawn T. Swindell, Michael Ramirez and Wendell Hall<br>Case No: 3:15cv00390-MCR-CJK<br>U.S. District Court, Northern District | |
| May 23, 2016<br>Deposition of: Peter Stehlin - 87 pp<br>Deposition of: Master Sgt Ena Cesarina Rojas - 21 pp<br>Deposition of: Lt. Col Shawn Ayers - 29 pp | |
| Transcript of Deposition<br>    Original and One w/.pdf | 582.25 |
| Exhibits - scan and color | 2.50 |
| Postage/Delivery | 25.00 |

| | |
|---|---|
| **Total** | $609.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $609.75 |

Thank you!

Melissa A. Odom, RDR, FPR

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

115172

| VENDOR: | ACR001 | Associated Court Reporters | | | CHECK NO: 115172 | |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| | 2061611 | 07/31/2017 | 609.75 | 609.75 | | 0.00 |

Associated Court Reporters/ Bailey v Swindell/ Transcripts: P Stehlin, Mst Sgt.
Ɩe Rojas & Lt Col Ayers/ kb

Check Total    $609.75

---

## ANDREWS, CRABTREE, KNOX & ANDREWS LLP
**OPERATING ACCOUNT**
1558 VILLAGE SQUARE BLVD.
TALLAHASSEE, FL 32309-2748

CAPITAL CITY BANK
MAIN OFFICE
TALLAHASSEE, FL

63-68-631

115172

| CHECK NO: | CHECK DATE | VENDOR NO. |
|---|---|---|
| 115172 | 07/31/2017 | ACR001 |

PAY

CHECK AMOUNT

Six hundred nine and seventy-five/100********************************   $609.75

**2 SIGNATURES REQUIRED OVER $1000.00**

TO THE
ORDER
OF

Associated Court Reporters
of the First Judicial Circuit, Inc
Milton Historic District
5216 Willing Street
Milton, FL 32570

AUTHORIZED SIGNATURE

⑈115172⑈ ⑆063100688⑆ 023379050⑈

---

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

115172

| VENDOR: | ACR001 | Associated Court Reporters | | | CHECK NO: 115172 | |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| | 2061611 | 07/31/2017 | 609.75 | 609.75 | | 0.00 |

Associated Court Reporters/ Bailey v Swindell/ Transcripts: P Stehlin, Mst Sgt.
Ɩe Rojas & Lt Col Ayers/ kb

Check Total    $609.75

# ASSOCIATED COURT REPORTERS
of the First Judicial Circuit, Inc.
Milton Historic District
5216 Willing Street
Milton, Florida 32570

# Invoice

| Date | Invoice # |
|---|---|
| 6/16/2016 | 2091608 |

**Bill To**

Andrews, Crabtree, Knox and Andrews
Jeanette M. Andrews, Esq.
1558 Village Square-Boulevard Suite 1
Tallahassee, Florida 32317-2800

MO

| Description | Amount |
|---|---|
| In re: Kenneth Bailey vs Shawn T. Swindall, Michael Ramirez and Wendall Hall | |
| Case No: 3:15 CV 000390-MCR-CJR | |
| Date taken: May 24, 2016 | |
| Time: 9:00 am | |
| Witness: Sandra Dee Subido, 3:14 pm - 4:12 pm, 47 pages | |
| | |
| Copy of Transcript | 105.75 |
| Postage/Delivery - no postage fee, shipped and billed with transcript May 23, Lt. Col Ayers | 0.00 |

| | |
|---|---|
| **Total** | $105.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $105.75 |

Thank you!

Melissa A. Odom, RDR, FPR

850 626-0043    associatedcourt@peoplepc.com    www.MiltonReporters.com

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

113941

| VENDOR: | A06161 | Associated Court Reporters | | CHECK NO: | 113941 |

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 2091608 | 10/13/2016 | 105.75 | 105.75 | 0.00 |

Ref: Assoicated Court Reporters of The First Judicial Circuit, Inc Milton Historic District/ Bailey v Swindell/ bb

Check Total     $105.75

THIS CHECK IS PROTECTED BY A VOID PANTOGRAPH, MICROPRINT SIGNATURE LINE AND A HEAT SENSITIVE PADLOCK ICON. ADDITIONAL SECURITY FEATURES ARE LISTED ON BACK.

## ANDREWS, CRABTREE, KNOX & ANDREWS LLP
OPERATING ACCOUNT
1558 VILLAGE SQUARE BLVD.
TALLAHASSEE, FL 32309-2748

CAPITAL CITY BANK
MAIN OFFICE
TALLAHASSEE, FL

63-68-631

113941

| CHECK NO: | CHECK DATE | VENDOR NO. |
|---|---|---|
| 113941 | 10/13/2016 | A06161 |

PAY

CHECK AMOUNT

One hundred five and seventy-five/100*******************************************

$105.75

2 SIGNATURES REQUIRED OVER $1000.00

TO THE
ORDER
OF

Associated Court Reporters
of the First Judicial Circuit, Inc.
Milton Historic District, 5216 Willing Street
Milton, FL 32570

AUTHORIZED SIGNATURE

⑈113941⑈ ⑈063100688⑈ 023379050 1⑈

---

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

113941

| VENDOR: | A06161 | Associated Court Reporters | | CHECK NO: | 113941 |

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 2091608 | 10/13/2016 | 105.75 | 105.75 | 0.00 |

Ref: Assoicated Court Reporters of The First Judicial Circuit, Inc Milton Historic District/ Bailey v Swindell/ bb

Check Total     $105.75

# ASSOCIATED COURT REPORTERS

of the First Judicial Circuit, Inc.
Milton Historic District
5216 Willing Street
Milton, Florida 32570

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/16/2016 | 2061606 |

Bill To

Andrews, Crabtree, Knox and Andrews
Jeanette M. Andrews, Esq.
1558 Village Square-Boulevard Suite 1
Tallahassee, Florida 32317-2800

MO

| Description | Amount |
|-------------|--------|
| In re:  Kenneth Bailey vs Shawn T. Swindall, Michael Ramirez and Wendall Hall<br>Case No:  3:15 CV 000390-MCR-CJR<br>Date taken:  May 23, 2016<br>Time:  9:00 am<br>Witness:  Lt. Col Ayers, 4:02 - 4:28 pm, 29 pages | |
| Transcript of Deposition<br>    Original and One | 123.25 |
| Postage/Delivery | 10.00 |

| | |
|---|---|
| **Total** | $133.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $133.25 |

Thank you!

Melissa A. Odom, RDR, FPR

850 626-0043     associatedcourt@peoplepc.com     www.MiltonReporters.com

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

# 113386

ENDOR: A06161 Associated Court Reporters     CHECK NO: 113386

| UP REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | JMA/ BaileyvSwindell | 06/28/2016 | 504.50 | 504.50 | 0.00 |

Ref:    Associated Court Reporters/ Bailey v. Swindell/ Invoice Nos.: 2091602 & 2061606/
kn

Check Total     $504.50

# ASSOCIATED COURT REPORTERS
of the First Judicial Circuit, Inc.
Milton Historic District
5216 Willing Street
Milton, Florida 32570

# Invoice

| Date | Invoice # |
|---|---|
| 6/10/2016 | 2091602 |

Bill To

Andrews, Crabtree, Knox and Andrews
Jeanette M. Andrews, Esq.
1558 Village Square-Boulevard Suite 1
Tallahassee, Florida 32317-2800

MO

| Description | Amount |
|---|---|
| Kenneth Bailey v. Shawn T. Swindell, Michael Ramirez and Wendell Hall | |
| Case No: 3:15cv00390-MCR-CJK | |
| U.S. District Court, Northern District | |
| Time: 9:05 - 4:21 pm | |
| Date taken: May 24, 2016 | |
| Deposition of: Jamal Zawawi, 9:05 - 9:07 am, 46 pages | |
| Andrew Magdaleny, 9:59 - 10:53 am, 30 pages | |
| Jason Rickman, 10:44 - 11:26 am, 37 pages | |
| Jeremy Schultz, 11:59 - 12:47 pm, 42 pages | |
| | |
| Copy of Transcript | 348.75 |
| Exhibits - scan and color | 17.50 |
| Postage/Delivery | 5.00 |

| Total | $371.25 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $371.25 |

Thank you!

Melissa A. Odom, RDR, FPR

850 626-0043     associatedcourt@peoplepc.com     www.MiltonReporters.com

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

113386

| VENDOR: | A06161 | Associated Court Reporters | | CHECK NO: | 113386 | |
|---|---|---|---|---|---|---|

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | JMA/ BaileyvSwindell | 06/28/2016 | 504.50 | 504.50 | 0.00 |

Ref: Associated Court Reporters/ Bailey v. Swindell/ Invoice Nos.: 2091602 & 2061606/
kn

Check Total     $504.50

THIS CHECK IS PROTECTED BY A VOID PANTOGRAPH, MICROPRINT SIGNATURE LINE AND A HEAT SENSITIVE PADLOCK ICON. ADDITIONAL SECURITY FEATURES ARE LISTED ON BACK.

113386

**ANDREWS, CRABTREE, KNOX & ANDREWS LLP**
OPERATING ACCOUNT
1558 VILLAGE SQUARE BLVD.
TALLAHASSEE, FL 32309-2748

CAPITAL CITY BANK
MAIN OFFICE
TALLAHASSEE, FL

63-68-631

| CHECK NO: | CHECK DATE | VENDOR NO. |
|---|---|---|
| 113386 | 06/28/2016 | A06161 |

PAY

CHECK AMOUNT

Five hundred four and fifty/100***************************************************    $504.50

2 SIGNATURES REQUIRED OVER $1000.00

TO THE
ORDER
OF

Associated Court Reporters
of the First Judicial Circuit, Inc.
Milton Historic District, 5216 Willing Street
Milton, FL 32570

AUTHORIZED SIGNATURE

⑾113386⑾ ⑆063100688⑆ 023379050⑾

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

113386

| VENDOR: | A06161 | Associated Court Reporters | | CHECK NO: | 113386 | |
|---|---|---|---|---|---|---|

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | JMA/ BaileyvSwindell | 06/28/2016 | 504.50 | 504.50 | 0.00 |

Ref: Associated Court Reporters/ Bailey v. Swindell/ Invoice Nos.: 2091602 & 2061606/
kn

Check Total     $504.50

# ASSOCIATED COURT REPORTERS
of the First Judicial Circuit, Inc.
Milton Historic District
5216 Willing Street
Milton, Florida 32570

# Invoice

| Date | Invoice # |
|---|---|
| 6/9/2016 | 2181602 |

Bill To

Andrews, Crabtree, Knox and Andrews
Jeanette M. Andrews, Esq.
1558 Village Square-Boulevard Suite 1
Tallahassee, Florida 32317-2800

MO

| Description | Amount |
|---|---|
| Kenneth Bailey v. Shawn T. Swindell, Michael Ramirez and Wendell Hall<br>Case No: 3:15cv00390-MCR-CJK<br>U.S. District Court, Northern District<br><br>Date taken: June 2, 2016<br>Deposition of: Evelyn Bailey, 219 pages | |
| Appearance of Reporter Deposition | 120.00 |
| Copy of Transcript | 492.75 |
| Exhibits - scan and color | 12.00 |
| Postage/Delivery | 25.00 |

| | |
|---|---|
| **Total** | $649.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $649.75 |

Thank you!

Melissa A. Odom, RDR, FPR

850 626-0043      associatedcourt@peoplepc.com      www.MiltonReporters.com

# ASSOCIATED COURT REPORTERS
of the First Judicial Circuit, Inc.
Milton Historic District
5216 Willing Street
Milton, Florida 32570

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2016 | 2061601 |

**Bill To**

Andrews, Crabtree, Knox and Andrews
Jeanette M. Andrews, Esq.
1558 Village Square-Boulevard Suite 1
Tallahassee, Florida 32317-2800

MO

| Description | Amount |
|-------------|--------|
| Kenneth Bailey v. Shawn T. Swindell, Michael Ramirez and Wendell Hall<br>Case No: 3:15cv00390-MCR-CJK<br>U.S. District Court, Northern District | |
| | |
| May 23, 2016<br>Deposition of: Jeremy Bailey, 9:26 am - 12:06 pm, 151 pages<br>Deposition of: Frank Preston Bailey, 12:16 pm - 1:13 pm, 52 pages | |
| | |
| Appearance of Reporter Deposition | 250.00 |
| Transcript of Deposition | 862.75 |
|     Original and One | |
| Exhibits - scan and color | 7.50 |
| Postage/Delivery | 25.00 |

| | |
|---|---|
| **Total** | $1,145.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,145.25 |

Thank you!

Melissa A. Odom, RDR, FPR

850 626-0043    associatedcourt@peoplepc.com    www.MiltonReporters.com

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

113340

| VENDOR: | A06161 | Associated Court Reporters | | | CHECK NO: | 113340 |
|---------|--------|-----|------|------|------|------|

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | JMA/ BaileyvSwindell | 06/16/2016 | 1795.00 | 1795.00 | 0.00 |

Ref:  Associated Court Reporters/ Bailey v. Swindell/ Invoice Nos.: 2061601 & 2181602/
kn

Check Total        $1,795.00

THIS CHECK IS PROTECTED BY A VOID PANTOGRAPH, MICROPRINT SIGNATURE LINE AND A HEAT SENSITIVE PADLOCK ICON. ADDITIONAL SECURITY FEATURES ARE LISTED ON BACK.

VOID  VOID  VOID

113340

**ANDREWS, CRABTREE, KNOX & ANDREWS LLP**
OPERATING ACCOUNT
1558 VILLAGE SQUARE BLVD.
TALLAHASSEE, FL 32309-2748

CAPITAL CITY BANK
MAIN OFFICE
TALLAHASSEE, FL
63-68-631

| CHECK NO: | CHECK DATE | VENDOR NO. |
|---|---|---|
| 113340 | 06/16/2016 | A06161 |

PAY

CHECK AMOUNT

One thousand seven hundred ninety-five and NO/100*************************        $1,795.00

2 SIGNATURES REQUIRED OVER $1000.00

| TO THE ORDER OF | Associated Court Reporters of the First Judicial Circuit, Inc. Milton Historic District, 5216 Willing Street Milton, FL 32570 |
|---|---|

AUTHORIZED SIGNATURE

⑈113340⑈ ⑆063100688⑆ 023379050⑈

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

113340

| VENDOR: | A06161 | Associated Court Reporters | | | CHECK NO: | 113340 |
|---------|--------|-----|------|------|------|------|

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | JMA/ BaileyvSwindell | 06/16/2016 | 1795.00 | 1795.00 | 0.00 |

Ref:  Associated Court Reporters/ Bailey v. Swindell/ Invoice Nos.: 2061601 & 2181602/
kn

Check Total        $1,795.00

# Accurate Stenotype Reporters

2894-A Remington Green Lane
Tallahassee, FL  32308
**Employer ID No. 59-2708168**
850.878.2221

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/3/2016 | YA3296 |

| BILL TO |
|---|
| Andrews Crabtree Knox & Andrews<br>1558 Village Square Boulevard<br>Tallahassee, FL  32312<br>.<br>297.0090 |
| Attention:    Jeannette Andrews, Esq. |

| JOB INFORMATION |
|---|
| Bailey v. Swindell, et al.<br>3/29/16 Depo of Dr. Rumana<br>5:00 p.m. - 7:18 p.m. |
| Reported by:   Lisa A. Babcock |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Transcript - copy | 91 | 2.80 | 254.80 |
| Exhibits | 22 | 0.40 | 8.80 |
| Shipping/Delivery | 1 | 7.00 | 7.00 |

INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.
PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.
PLEASE RETURN YELLOW COPY WITH PAYMENT.  THANK YOU!

**Total**     $270.60

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

# 113221

| VENDOR: | 088838 | Accurate Stenotype Reporters, Inc. | | CHECK NO: | 113221 |

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | Bailey YA3296 | 06/01/2016 | 270.60 | 270.60 | 0.00 |

Ref:  Accurate Stenotype Reporters, Inc./ Bailey v. Swindell (JMA)/ Invoice No.:
YA3296/ kn

Check Total       $270.60



# ASSOCIATED COURT REPORTERS
of the First Judicial Circuit, Inc.
Milton Historic District
5216 Willing Street
Milton, Florida 32570

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/20/2016 | 1051602 |

Bill To

Andrews, Crabtree, Knox and Andrews
Jeanette M. Andrews, Esq.
1558 Village Square-Boulevard Suite 1
Tallahassee, Florida 32317-2800

MAY - 2 2016

MO

| Description | Amount |
|-------------|--------|
| Kenneth Bailey v. Shawn T. Swindell, Michael Ramirez and Wendell Hall<br>Case No: 3:15cv00390-MCR-CJK<br>U.S. District Court, Northern District<br><br>March 23, 2016<br>Deposition of: Shawn Swindell  9:03 - 1:45 - 169 pages<br>Deposition of: Michael Ramirez  1:48 - 2:56 - 66 pages<br><br>Copy of Transcripts<br>Exhibits | <br><br><br><br><br><br><br>528.75<br>25.00 |

| | |
|---|---|
| **Total** | $553.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $553.75 |

Thank you!

Melissa A. Odom, RDR, FPR

850 626-0043     associatedcourt@peoplepc.com     www.MiltonReporters.com

**REWS, CRABTREE, KNOX & ANDREWS LLP**

**113146**

| Ŀ | A00512 | Assoc. Court Reporters of the 1st Judicial Circuit | | CHECK NO: | 113146 |
|---|---|---|---|---|---|

| F. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | Bailey 1051602 | 05/12/2016 | 553.75 | 553.75 | 0.00 |

Assoc Court Reporters/ Bailey v. Swindell (JMA)/ Invoice No.: 1051602/ kn

Check Total      $553.75



# ASSOCIATED COURT REPORTERS
of the First Judicial Circuit, Inc.
Milton Historic District
5216 Willing Street
Milton, Florida 32570

# Invoice

| Date | Invoice # |
|---|---|
| 4/20/2016 | 1001601 |

**Bill To**

Andrews, Crabtree, Knox and Andrews
Jeanette M. Andrews, Esq.
1558 Village Square-Boulevard Suite 1
Tallahassee, Florida 32317-2800

MAY - 2 2015

KH

| Description | Amount |
|---|---|
| Kenneth Bailey v. Shawn T. Swindell, Michael Ramirez and Wendell Hall | |
| Case No: 3:15cv00390-MCR-CJK | |
| U.S. District Court, Northern District | |
| | |
| March 22, 2016 | |
| Video Deposition of: Kenneth Bailey - 9:33 - 3:36 - 365 pages | |
| Deposition of: Wendell Hall  3:38 - 5:28 - 85 pages | |
| Deposition of: Sherri Rolinger  5:31 - 6:57 - 101 pages | |
| | |
| Appearance of Reporter Deposition | 300.00 |
| Transcript of Deposition | 1,733.75 |
|   Original and One - 365 pages | |
| Copy of Transcripts - 186 pages | 418.50 |
| Exhibits | 80.00 |
| Delivery Fees | 40.00 |

| | |
|---|---|
| **Total** | $2,572.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,572.25 |

Thank you! ...Kimberly R. Shoemaker

850 626-0043    associatedcourt@peoplepc.com    www.MiltonReporters.com

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

# 113145

| ENDOR: | A00512 | Associated Court Reporters | | CHECK NO: | 113145 |

| UR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | Bailey 1001601 | 05/12/2016 | 2572.25 | 2572.25 | 0.00 |

Ref:   Associated Court Reporters/ Bailey v. Swindell (JMA)/ Invoice No.: 1001601/ kn

| | Check Total | $2,572.25 |

Steve Ford Videographer
4812 Shell Rd
Milton, Florida 32583-1732

# Invoice

| Bill To: |
| --- |
| Jeannette M. Andrews |
| 1558 Village Square Boulevard, |
| Suite 1 |
| Tallahassee, Florida 32317-2800 |

| Date | Invoice No. | Case No. | Terms |
| --- | --- | --- | --- |
| 03/23/16 | 20150391 | 3:15cv00390-... | Net 30 |

| Item | Description | Quantity | Amount |
| --- | --- | --- | --- |
| Apperance Fee | First Hour | 1 | 150.00 |
| Hourly Fee | Hourly Fee after first hour | 5.5 | 687.50 |
| Video Transfeer | Transfeering Video Files to DVD | 3 | 105.00 |
| shipping | Shipping | | 15.00 |

Case: Kenneth Bailey
      VS
      Shawn T. Swindell, in his individual capacity;
      and Michael Ranirez, in his individual capacity;
      and Wendell Hall, in his official capacity as
      Sheriff of Santa Rosa County, Florida

Case No: 3:15cv00390-MCR-CJK

Date: 3/22/2016

Deponent: Kenneth Bailey

| | Total | $957.50 |

# ANDREWS, CRABTREE, KNOX & ANDREWS LLP

**113038**

VENDOR:  F33633  Steve Ford Videographer

CHECK NO: 113038

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | Bailey 20150391 | 04/22/2016 | 957.50 | 957.50 | 0.00 |

Ref:   Steve Ford Videographer/ Bailey v. Swindell (JMA)/ Invoice No.: 20150391/ kn

Check Total   ʹ   $957.50

PRODUCT DLM228   USE WITH 91500 ENVELOPE            PRINTED IN U.S.A.                    A

**BAILEY V. SWINDELL**
3:15-CV-00390-MCR/CJK
<u>**ITEMIZED LIST OF COSTS**</u>

**FEES AND DISBURSEMENT FOR PRINTING**
Swindell Ex. 1 (9 pages + copy for jury)
Swindell Ex. 3 (4 pages + copy for jury)
Swindell Ex. 4 (12 pages + copy for jury)
<u>**SUBTOTAL (50 pages x $0.10 per page)**</u>                    <u>**$5.00**</u>

**BAILEY V. SWINDELL**
3:15-CV-00390-MCR/CJK
**ITEMIZED LIST OF COSTS**

**FEES FOR WITNESSES**

| | |
|---|---|
| Evelyn Bailey | $74.50 |
| Frank Bailey | $74.50 |
| Jeremy Bailey | $74.50 |
| **SUBTOTAL** | **$223.50** |

# ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

**116885**

| VENDOR: TEMP  Evelyn Bailey | | | | CHECK NO: 116885 | |
|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| | Trial wiitness | 07/10/2018 | 74.50 | 74.50 | 0.00 |
| | Bailey v Swindell/ Trial Witness & Mileage/ jh | | | | |

{e
.

Check Total          $74.50

THIS CHECK IS PROTECTED BY A VOID PANTOGRAPH, MICROPRINT SIGNATURE LINE AND A HEAT SENSITIVE PADLOCK ICON. ADDITIONAL SECURITY FEATURES ARE LISTED ON BACK

## ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

CAPITAL CITY BANK
MAIN OFFICE
TALLAHASSEE, FL

**116885**

OPERATING ACCOUNT
1558 VILLAGE SQUARE BLVD.
TALLAHASSEE, FL 32309-2748

63-68-631

| CHECK NO: | CHECK DATE | VENDOR NO. |
|---|---|---|
| 116885 | 07/10/2018 | TEMP |

PAY

CHECK AMOUNT

Seventy-four and fifty/100************************************          $74.50

2 SIGNATURES REQUIRED OVER $1000.00

TO THE
ORDER
OF

Evelyn Bailey

_____ MP

_____ MP
AUTHORIZED SIGNATURE

⑈116885⑈ ⑆063100688⑆     023379050 1⑈

# ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

**116885**

| VENDOR: TEMP  Evelyn Bailey | | | | CHECK NO: 116885 | |
|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| | Trial wiitness | 07/10/2018 | 74.50 | 74.50 | 0.00 |
| | Bailey v Swindell/ Trial Witness & Mileage/ jh | | | | |

{e
.

Check Total          $74.50

# ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

**116886**

| VENDOR: | TEMP | Frank Bailey | | | CHECK NO: 116886 | |

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | Trial Witness | 07/10/2018 | 74.50 | 74.50 | 0.00 |
| | Bailey v Swindell/ Trial Witness & Mileage | | | | |

Re

Check Total      $74.50

THIS CHECK IS PROTECTED BY A VOID PANTOGRAPH, MICROPRINT SIGNATURE LINE AND A HEAT SENSITIVE PADLOCK ICON. ADDITIONAL SECURITY FEATURES ARE LISTED ON BACK.

## ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

**116886**

OPERATING ACCOUNT
1558 VILLAGE SQUARE BLVD.
TALLAHASSEE, FL 32309-2748

CAPITAL CITY BANK
MAIN OFFICE
TALLAHASSEE, FL

63-68-631

| | CHECK NO: | CHECK DATE | VENDOR NO. |
|---|---|---|---|
| | 116886 | 07/10/2018 | TEMP |

PAY

CHECK AMOUNT

Seventy-four and fifty/100***************************************      $74.50

2 SIGNATURES REQUIRED OVER $1000.00

TO THE
ORDER
OF    Frank Bailey

NP

NP

AUTHORIZED SIGNATURE

⑈116886⑈ ⑆063100688⑆ 023379050 ⑈

# ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

**116886**

| VENDOR: | TEMP | Frank Bailey | | | CHECK NO: 116886 | |

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | Trial Witness | 07/10/2018 | 74.50 | 74.50 | 0.00 |
| | Bailey v Swindell/ Trial Witness & Mileage | | | | |

Re

Check Total      $74.50

# ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

116887

| VENDOR: | TEMP | Jeremy Bailey | | | CHECK NO: 116887 | |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| | Trial Witness | 07/10/2018 | 74.50 | 74.50 | 0.00 | |
| | Bailey v Swindell/ Trial Witness Fee & Mileage/ jh | | | | | |

Re

Check Total    $74.50

THIS CHECK IS PROTECTED BY A VOID PANTOGRAPH, MICROPRINT SIGNATURE LINE AND A HEAT SENSITIVE PADLOCK ICON. ADDITIONAL SECURITY FEATURES ARE LISTED ON BACK.

**ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP**
OPERATING ACCOUNT
1558 VILLAGE SQUARE BLVD.
TALLAHASSEE, FL 32309-2748

CAPITAL CITY BANK
MAIN OFFICE
TALLAHASSEE, FL

63-68-631

116887

| CHECK NO: | CHECK DATE | VENDOR NO. |
|---|---|---|
| 116887 | 07/10/2018 | TEMP |

PAY

CHECK AMOUNT

Seventy-four and fifty/100***************************************    $74.50

2 SIGNATURES REQUIRED OVER $1000.00

TO THE
ORDER
OF    Jeremy Bailey

NP

NP

AUTHORIZED SIGNATURE

⑈116887⑈ ⑆063100688⑆    023379050⑈

# ANDREWS, CRABTREE, KNOX & LONGFELLOW LLP

116887

| VENDOR: | TEMP | Jeremy Bailey | | | CHECK NO: 116887 | |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| | Trial Witness | 07/10/2018 | 74.50 | 74.50 | 0.00 | |
| | Bailey v Swindell/ Trial Witness Fee & Mileage/ jh | | | | | |

Re

Check Total    $74.50

**BAILEY V. SWINDELL**
3:15-CV-00390-MCR/CJK
<u>**ITEMIZED LIST OF COSTS**</u>

**COMPENSATION FOR EXPERTS**
Dr. Christopher Rumana Deposition Fee      $14,400.00
<u>**SUBTOTAL**</u>      <u>**$14,400.00**</u>

# Tallahassee Neurological Clinic

# INVOICE

Christopher Rumana, MD
Neurological Surgeon          (850) 558-1262
1401 Centerville Rd, STE 300
Tallahassee, FL 32308

| | |
|---|---|
| INVOICE NUMBER | 456 |
| INVOICE DATE | June 29, 2018 |
| TERMS | upon receipt |

**BILL TO:**
Jeanette Andrews

**Case:**
Bailey v. Swindell

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 12.00 | 6/20-6/28/18 | Record Review | 900.00 | $10,800.00 |
| 0.75 | 6/26/2018 | Conference | 900.00 | $675.00 |
| 0.75 | 6/28/2018 | Record Review | 900.00 | $675.00 |
| 2.50 | 6/28/2018 | Deposition | 900.00 | $2,250.00 |
| | | | SUBTOTAL | $14,400.00 |
| | | | TAX | $0.00 |
| | | | PAY THIS AMOUNT | $14,400.00 |

**DIRECT ALL INQUIRIES TO:**
Ashley H. Hulsey
(850) 558-1262
email: ahulsey@tnc-neuro.com

**MAKE ALL CHECKS PAYABLE TO:**
Tallahassee Neurological Clinic
Attn: Ashley H. Hulsey
1401 Centerville Rd, Ste 300
Tallahassee, FL 32308
Tax ID: 59-1286000



# TALLAHASSEE NEUROLOGICAL CLINIC

**DEPARTMENT OF NEUROLOGY**
1401 Centerville Road • Suite 300
Phone (850) 878-8121
Fax (850) 942-6515

**J. TRUE MARTIN, M.D., F.A.A.D.E.P.**
Diplomate of
The American Board of
Psychiatry and Neurology

**RICARDO AYALA, M.D.**
Diplomate of
The American Board of
Psychiatry and Neurology

**WINSTON R. ORTIZ, M.D.**
Diplomate of
The American Board of
Psychiatry and Neurology

**HARSH W. SINGH, M.D.**
Board Eligible
The American Board of Psychiatry
and Neurology

**DEPARTMENT OF NEUROSURGERY**
1401 Centerville Road • Suite 300
Phone (850) 877-5115
Fax (850) 656-3645

**CHRISTOPHER S. RUMANA, M.D., F.A.C.S.**
Neurosurgeon
Diplomate of
The American Board of
Neurological Surgery

**ALBERT S. LEE, M.D., F.A.C.S.**
Neurosurgeon
Diplomate of
The American Board of
Neurological Surgery

**MATTHEW LAWSON, M.D.**
Neurosurgeon
Endovascular & Cerebrovascular Surgery
Diplomate of the American Board of
Neurological Surgery

**T. ADAM OLIVER, M.D.**
Neurosurgeon
Endovascular & Cerebrovascular Surgery
Diplomate of the American Board of
Neurological Surgery

**DIVISION OF PAIN MANAGEMENT**
2824 Mahan Drive • Suite 1
Phone (850) 558-1260
Fax (850) 558-1298

**JOSHUA E. FUHRMEISTER, M.D.**
Diplomate of
The American Board of
Anesthesiology
with Board Certification
in Pain Management

**BABATUNDE ADEKOLA, M.D.**
Diplomate of
The American Board of
Anesthesiology
with Board Certification
in Pain Medicine

**PHUNG PHAM, M.D.**
Diplomate of
The American Board of
Anesthesiology
with Qualifications
in Pain Medicine

## Invoice for Expert Witness

Date: 6/28/18

Attorney: _Jeannemer Anapicais_

Case: _Bailey vs Swindell_

3/4 Hours/Medical Record review on 6/28/18

At $900.00 per hour.

_____ Hours/Medical Testimony on _____

At $900.00 per hour.

2 1/2 Hours/Telephone Conference on 6/28/18

At $900.00 per hour.

_____ Case Report/Letter charge on _____

At $900.00 per hour.

Services provided by: Christopher S. Rumana, M.D., F.A.C.S.
Tallahassee Neurological Clinic
1401 Centerville Road
Ste 300
Tallahassee, FL 32308

Please Note: All checks should be made payable to:
Tallahassee Neurological Clinic
Attn: Ashley Hulsey
Tax ID #: 59-1286000

1401 Centerville Road  Suite 300  Tallahassee, Florida 32308
Satellite Office - 2824 Mahan Drive Suite 1  Tallahassee, Florida 32308
Satellite Office - 4297 Third Avenue  Marianna, Florida 32446



# TALLAHASSEE NEUROLOGICAL CLINIC

**DEPARTMENT OF NEUROLOGY**
1401 Centerville Road • Suite 300
Phone (850) 878-5121
Fax (850) 942-6515

J. TRUE MARTIN, M.D., F.A.A.D.E.P.
Diplomate of
The American Board of
Psychiatry and Neurology

RICARDO AYALA, M.D.
Diplomate of
The American Board of
Psychiatry and Neurology

WINSTON R. ORTIZ, M.D.
Diplomate of
The American Board of
Psychiatry and Neurology

**DEPARTMENT OF NEUROSURGERY**
1401 Centerville Road • Suite 300
Phone (850) 877-5115
Fax (850) 656-3645

CHRISTOPHER S. RUMANA, M.D., F.A.C.S.
Neurosurgeon
Diplomate of
The American Board of
Neurological Surgery

ALBERT S. LEE, M.D., F.A.C.S.
Neurosurgeon
Diplomate of
The American Board of
Neurological Surgery

MATTHEW LAWSON, M.D.
Neurosurgeon
Endovascular & Cerebrovascular Surgery

T. ADAM OLIVER, M.D.
Neurosurgeon
Endovascular & Cerebrovascular Surgery

**DIVISION OF PAIN MANAGEMENT**
2824 Mahan Drive • Suite 1
Phone (850) 558-1260
Fax (850) 558-1298

JOSHUA E. FUHRMEISTER, M.D.
Director
Diplomate of
The American Board of
Anesthesiology
with Board Certification
in Pain Management

BABATUNDE ADEKOLA, M.D.
Diplomate of
The American Board of
Anesthesiology
with Qualifications
in Pain Medicine

## Invoice for Expert Witness

Date: _6/25/18_

Attorney: _JEANNETTE ANDREWS_

Case: _BAILEY vs SWINDELL_

_12_ Hours/Medical Record review on _6/10 - 6/25/18_

At $900.00 per hour.

_____Hours/Medical Testimony on_____

At $900.00 per hour.

_____Hours/Telephone Conference on_____

At $900.00 per hour.

_____Case Report/Letter charge on_____

At $900.00 per hour.

Services provided by: Christopher S. Rumana, M.D., F.A.C.S.
Tallahassee Neurological Clinic
1401 Centerville Road
Ste 300
Tallahassee, FL 32308

Please Note: All checks should be made payable to:
Tallahassee Neurological Clinic
Attn: Ashley Hulsey
Tax ID #: 59-1286000



# TALLAHASSEE NEUROLOGICAL CLINIC

**DEPARTMENT OF NEUROLOGY**
1401 Centerville Road • Suite 300
Phone (850) 878-8121
Fax (850) 942-6515

J. TRUE MARTIN, M.D., F.A.A.D.E.P.
Diplomate of
The American Board of
Psychiatry and Neurology

RICARDO AYALA, M.D.
Diplomate of
The American Board of
Psychiatry and Neurology

WINSTON R. ORTIZ, M.D.
Diplomate of
The American Board of
Psychiatry and Neurology

HARSH W. SINGH, M.D.
Board Eligible
The American Board of Psychiatry
and Neurology

**DEPARTMENT OF NEUROSURGERY**
1401 Centerville Road • Suite 300
Phone (850) 877-5115
Fax (850) 656-3645

CHRISTOPHER S. RUMANA, M.D., F.A.C.S.
Neurosurgeon
Diplomate of
The American Board of
Neurological Surgery

ALBERT S. LEE, M.D., F.A.C.S.
Neurosurgeon
Diplomate of
The American Board of
Neurological Surgery

MATTHEW LAWSON, M.D.
Neurosurgeon
Endovascular & Cerebrovascular Surgery
Diplomate of the American Board of
Neurological Surgery

T. ADAM OLIVER, M.D.
Neurosurgeon
Endovascular & Cerebrovascular Surgery
Diplomate of the American Board of
Neurological Surgery

**DIVISION OF PAIN MANAGEMENT**
2824 Mahan Drive • Suite 1
Phone (850) 558-1260
Fax (850) 558-1298

JOSHUA E. FUHRMEISTER, M.D.
Diplomate of
The American Board of
Anesthesiology
with Board Certification
In Pain Management

BABATUNDE ADEKOLA, M.D.
Diplomate of
The American Board of
Anesthesiology
with Board Certification
In Pain Medicine

PHUNG PHAM, M.D.
Diplomate of
The American Board of
Anesthesiology
with Qualifications
In Pain Medicine

## Invoice for Expert Witness

Date: 6 26 18

Attorney: _JEANNETT Ausrws_

Case: _Siwinati J Bailey_

_____ Hours/Medical Record review on _____

At $900.00 per hour.

_____ Hours/Medical Testimony on _____

At $900.00 per hour.

_3/4_ Hours/Telephone Conference on _6 26 18_

At $900.00 per hour.

_____ Case Report/Letter charge on _____

At $900.00 per hour.

Services provided by: Christopher S. Rumana, M.D., F.A.C.S.

Tallahassee Neurological Clinic

1401 Centerville Road

Ste 300

Tallahassee, FL 32308

Please Note: All checks should be made payable to:

Tallahassee Neurological Clinic

Attn: Ashley Hulsey

Tax ID #: 59-1286000