UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KENNETH BAILEY,**

    **Plaintiff,**

v.                                                            Case No. 3:15cv390/MCR/CJK

**SHAWN T. SWINDELL,**

    **Defendant.**

_____/

## VERDICT

We, the Jury, in the above entitled and numbered case, return the following unanimous verdict by a preponderance of the evidence:

A.  Did Deputy Shawn T. Swindell have reasonable suspicion to detain Mr. Kenneth Bailey for a law enforcement investigation?

    Yes ✓    No ____

*Note:* After answering this question, proceed to the next question.

FILED IN OPEN COURT THIS

6-04-2021

CLERK, U.S. DISTRICT COURT, NORTH DIST. FLA

B.  Did Deputy Swindell have probable cause to arrest Mr. Bailey?

   Yes ✓   No ____

*Note:* *If you answered YES, proceed to the next question. If you answered NO, proceed to question C.*

   1. Please indicate whether either or both of the following supports your finding of probable cause.

   ____ Willfully, maliciously, and repeatedly following, harassing, or cyberstalking another person

   ✓ Knowingly resisting, obstructing, or opposing a law enforcement officer who was engaged in the lawful execution of a legal duty

   ____ Knowingly and willfully resisting, obstructing, or opposing a law enforcement officer who was engaged in the lawful execution of a legal duty by offering to violence or doing violence to the officer

   ____ Battery on a law enforcement officer

*Note:* *After answering this question, proceed to the next question.*

2. Where was the arrest *initiated*?

   ✓_____ Outside the home

   _____ Inside the home

*Note: If you answered "OUTSIDE THE HOME," proceed to the next question. If you answered "INSIDE THE HOME," proceed to question C.*

3. If you determined that the arrest was *initiated outside* the home, did exigent circumstances justify Deputy Swindell's warrantless entry into the home?

   Yes _____    No ✓_____

*Note: If you answered YES, proceed to the next question. If you answered NO, proceed to question C.*

4. Please identify which exigent circumstance(s) justified Deputy Swindell's warrantless entry into the home.

   _____ Hot pursuit of a fleeing suspect into the home

   _____ Urgent need to enter the home to prevent the imminent destruction of evidence

      \_\_\_\_\_    Specific and articulable facts supported a belief that the suspect was armed and immediate entry into the home was necessary for safety

*Note:*  *Once you have answered this question, your deliberations are complete, and the foreperson should sign and date the last page of this Verdict Form. You need not answer the remaining questions.*

C.   Did Deputy Shawn T. Swindell's conduct cause Kenneth Bailey's injuries?

    Yes  ✓    No \_\_\_\_\_

*Note:*  *If you answered "NO," your deliberations are complete, and the foreperson should sign and date the last page of this Verdict Form. You need not answer the remaining questions. If you answered "YES," proceed to the next question.*

D.   Do you find that Kenneth Bailey should be awarded compensatory damages?

    Yes  ✓    No \_\_\_\_\_

If you answered YES, in what amount?   $ 625,000.00

*Note:*  Once you have answered this question, you deliberations are complete, and the foreperson should sign and date the last page of this Verdict Form.

SO SAY WE ALL, this 4th day of June, 2021.

███████████████████████
Foreperson's Signature