UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH BAILEY,

    Plaintiff,

vs.                  Case No.: 3:15-cv-00390-MCR/HTC

SHAWN T. SWINDELL, et al.

    Defendants.

_____/

## **MOTION TO REINSTATE CLERK'S TAXATION OF COSTS**

Plaintiff Kenneth Bailey, through the undersigned counsel, pursuant to Rule 54.2 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, moves this Court for reinstatement of the Clerk's Taxation of Costs (ECF Doc. 292) in favor of Plaintiff and states as follows:

1.    On June 4, 2021, following a three-day jury trial that commenced on June 1, 2021, a jury returned a verdict in favor of the Plaintiff and against the Defendant in the amount of $625,000. The Court directed that judgment be entered consistent with the jury's verdict. (ECF Doc. 270).

2.    On June 7, 2021, the Clerk entered a Final Judgment in favor of the Plaintiff. (ECF Doc. 276).

3.     On June 14, 2024, the Plaintiff filed its Motion for a Determination of Plaintiff's Entitlement to an Award for Attorney's Fees.

4.     The Plaintiff's bill of costs was filed on June 18, 2021. On November 9, 2021, the clerk entered an Order Taxing Costs in favor of the Plaintiff.

5.     On July 6, 2021, the Defendant filed a Motion for Judgment as a matter of law or Remittitur. (ECF Doc. 283).

6.     On December 4, 2021, this Court entered an Order Granting Defendant's Motion. (ECF Doc. 293) The Clerk entered judgment in favor of the Defendant the same day. (ECF Doc. 294)

7.     On December 22, 2021, Plaintiff filed its Notice of Appeal to the Eleventh Circuit Court of Appeals. (ECF Doc. 294).

8.     On January 8, 2024, the Eleventh Circuit Court of Appeals issued an Opinion Reversing this Court's Order and remanded the case back for reinstatement of the jury verdict in favor of Plaintiff. (ECF Doc. 308)

9.     On March 15, 2024, judgment was re-entered in favor of the Plaintiff in the amount of $625,000.00, together with costs taxed against the Defendant.

10. To the extent the Order taxing costs against Defendant for $13,740.07 on November 9, 2022 (ECF Doc 292) was vacated by the Court on December 23, 2021, when it thereafter entered judgment for Defendant (ECF Doc. 295), and not reinstated by the judgment entered on March 15, 2024, (ECF Doc. 311) Plaintiff hereby moves to reinstate the costs taxed against Defendant on November 9, 2022, for $13,740.07. Alternatively, Plaintiff hereby renews his Bill of Costs filed on June 18, 2021(ECF Doc. 278).

**WHEREFORE,** Plaintiff Kenneth Bailey hereby moves to reinstate the Order taxing costs against Defendant Swindell in the amount of $13,740.07 (ECF Doc. 292). Alternatively, Plaintiff timely renews his Bill of Costs filed on June 18, 2021 (ECF Doc. 278).

Dated this 28th day of March 2024.

*s/Keith Weidner*
Keith W. Weidner
Florida Bar No: 655651
Taylor, Warren, Weidner & Hancock, P.A.
1700 W. Main Street, Suite 100
Pensacola, FL 32502
Tel: 850-438-4899
Fax: 850-438-4044
Primary: kweidner@twwlawfirm.com
Secondary: salexander@twwlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF COMPLIANCE WITH
## WORD LIMIT REQUIREMENT  OF LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), the undersigned certifies that this memorandum contains 435 words including headings, footnotes, and quotations, but not including the case style, signature block, or any certificate of service.  This is less than or equal to the 8,000-word limit provided in the Local Rules.

## CERTIFICATE OF ATTORNEY CONFERENCE

Pursuant to Local Rule 7.1(B), the undersigned conferred with Defense Counsel on March 28, 2024, wherein Defense Counsel advised the Defendant opposes Plaintiff's Motion as the Defendant is evaluating its appeal options.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of March 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that service will be accomplished by the CM/ECF system to all counsel of record.

*s/Keith Weidner*
Keith W. Weidner
Florida Bar No:  655651
Taylor, Warren, Weidner & Hancock, P.A.